1  Richard D. McCune, State Bar No. 132124
   rdm@mccunewright.com
2  David C. Wright, State Bar No. 177468
   dcw@mccunewright.com
3  Steven A. Haskins, State Bar No. 238865
   sah@mccunewright.com
4  Mark I. Richards, State Bar No. 321252
   mir@mccunewright.com
5  **MCCUNE WRIGHT AREVALO LLP**
   3281 Guasti Road, Suite 100
6  Ontario, California  91761
   Telephone: (909) 557-1250
7  Facsimile: (909) 557-1275

8  Attorneys for Plaintiff and the Putative Class

9

10              **IN THE UNITED STATES DISTRICT COURT**

11            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12

13  AVEGAIL TORRES, on behalf of              Case No.: 5:19-cv-1432-GW-KS
    herself and all others similarly situated,
14                                            Assigned to Hon. George H. Wu
              Plaintiffs,
15                                            **CORRECTED STIPULATION OF**
         v.                                   **DISMISSAL OF ACTION, PURSUANT**
16                                            **TO FEDERAL RULES OF CIVIL**
    FIGS, INC., a Delaware Corporation        **PROCEDURE, RULE 41(a)(1)(A)(ii)**
17  and Does 1 through 10, inclusive,
18            Defendant.

19

20  TO:   THE COURT AND ALL OTHER INTERESTED PARTIES:

21         Plaintiff Avegail Torres and Defendant FIGS, Inc., hereby stipulate under Federal

22  Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) that the claims and causes of action of

23  Plaintiff Avegail Torres shall be dismissed *with prejudice*, with each party bearing that

24  party's own costs, and the

25  //

26  //

27  //

28  //

                                    1
    Corrected Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)
    Case No.: 5:19-cv-1432-GW-KS

1    claims of the putative Class Members are dismissed *without prejudice*.

2    DATED:  February 10, 2020                Respectfully submitted,

3

4    McCUNE WRIGHT AREVALO, LLP    BIRD, MARELLA, BOXER,
                                  WOLPERT, NESSIM DROOKS,
                                  LINCENBURG & RHOW, P.C. LLP

5

6    By:  /s/ *David C. Wright*            By: /s/ *Marc E. Masters*
              David C. Wright                     Marc E. Masters

7

8        Attorney for Plaintiffs            Attorneys for Defendant
         Avegail Torres                     FIGS. Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Corrected Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)
Case No.: 5:19-cv-1432-GW-KS

1

## **ECF ATTESTATION**

2

3        I, David C. Wright, am the ECF user whose ID and password are being used to file

4   this NOTICE OF VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULES OF

5   CIVIL PROCEDURE, RULE 41(a)(1)(A)(ii).  In accordance with Civil Local Rule 5-

6   4.3.4, concurrence in and authorization of the filing of this document has been obtained

7   from Marc E. Masters, counsel for Defendant FIGS, Inc.  I shall maintain records to

8   support this concurrence for subsequent production for the Court if so ordered or for

9   inspection upon request by a party.

10

11   Dated:  February 10, 2020              MCCUNE WRIGHT AREVALO LLP

12

13                                          By:   /s/ *David C. Wright*

14                                               David C. Wright

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ECF Attestation
Case No.: 5:19-cv-1432-GW-KS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on February 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in the above-referenced matter.

By: _/s/ *David C. Wright*_____
David C. Wright

Certificate of Service
Case No.: 5:19-cv-1432-GW-KS